(3) The motion for an extension of time is denied as moot.

**NATIONAL ORGANIZATION OF VETERANS' ADVOCATES, INC., Petitioner,**

v.

**SECRETARY OF VETERANS AFFAIRS, Respondent.**

No. 2011–7011.

United States Court of Appeals, Federal Circuit.

Feb. 7, 2011.

**ON MOTION**

**ORDER**

The Secretary of Veterans Affairs moves for a 7–day extension of time, until February 7, 2011, to file the certified list and the National Organization of Veterans' Advocates, Inc., moves to voluntarily withdraw its appeal,

**BARNHARDT MANUFACTURING COMPANY, Plaintiff– Appellant,**

v.

**ILLINOIS TOOL WORKS, INC., Defendant–Appellee.**

No. 2010–1398.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2011.

W. Thad Adams, III, Adams Intellectual Property Law, of Charlotte, North Carolina, argued for plaintiff-appellant.

Jeffrey A. McIntyre, Whyte Hirschboeck Dudek S.C., of Madison, WI, argued for defendant-appellee.

Before RADER, Chief Judge, DYK and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**